United States District Court
Southern District of Texas
**ENTERED**
September 16, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Axip Energy Services, LP, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. H-24-866 |
| § | |
| W&T Offshore, Inc., § | |
| § | |
| Defendant. § | |

## **FINAL JUDGMENT**

In accordance with the parties' agreements and the Court's Findings of Facts and Conclusions of Law, the Court **ORDERS, ADJUDGES** and **DECREES** that:

A. W&T Offshore Inc. (W&T) shall pay to Axip Energy Services, LP (Axip), the following amounts within thirty (30) days of the entry of this Final Judgment:

　　1.　$4,636,325.00 for the Compressors; and

　　2.　$292,526.00 for the spare parts and tools on the platform.

B. Within fourteen (14) days of the receipt of these amounts from W&T, Axip will provide W&T with documentation sufficient to establish that W&T has clear title to the Compressors and the spare parts and tools.

C. W&T will continue to pay Axip $17,500.00 in monthly rental for the usable compressors until it has paid the amounts stated above.

D. All other relief requested by either party is **DENIED**.

E. The Court will retain jurisdiction over this action until all requirements of its Final Judgment have been satisfied.

F.      The parties will submit a Joint Status Report **fifty (50) days** after the entry of this Final Judgment.

Costs will be taxed against W&T.

**THIS IS A FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 16th day of September, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE